DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERIC LAMAZE,**
Appellant,

v.

**LORNA M. GUTHRIE,** et al, and **THE REIN FAMILY, LLC,**
Appellees.

No. 4D2025-2879

[June 11, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Maxine D. Cheesman, Judge; L.T. Case No. 502023CA000424XXXXMB.

Eric Lamaze, Asse, Belgium, pro se.

Marko Frank Cerenko, Abbey L. Kaplan, and Madison Dara Hauser of Kluger, Kaplan, Silverman, Katzen & Levine, P.L., Miami, for appellee The Rein Family, LLC.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***